```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

DONALD W. BLANKENSHIP,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:12-00598

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,[*]

    Defendant.

### MEMORANDUM OPINION AND ORDER

      By Standing Order, this action was referred to United States Magistrate R. Clarke VanDervort for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on February 28, 2013, in which he recommended that the court affirm the final decision of the Commissioner, and dismiss this matter from the court's docket.

      In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

---

      [*]On February 14, 2013, Colvin became the Acting Commissioner of Social Security, replacing Michael J. Astrue who was Commissioner when this case was filed.

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge VanDervort as follows:

1. The final decision of the Commissioner is **AFFIRMED**; and

2. This case is **DISMISSED** from the court's docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 25th of March, 2013.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge